United States Court of Appeals
For the Fourth Circuit

FILED
SEP 15 2008
U.S. Court of Appeals
Fourth Circuit

Jonathan Lee Riches

V.

CASE #'s: 08-7322; 08-7323; 08-7324; 08-7325; 08-7327; 08-7328; 08-7329; 08-7330; 08-7331; 08-7452; 08-7453; 08-7455; 08-7456; 08-7457; 08-7458; 08-7477; 08-7478; 08-7479; 08-7480; 08-7481; 08-7482; 08-7483; 08-7484; 08-7535; 08-7536; 08-7537; 08-7538; 08-7539; 08-7541; 08-7566; 08-7567; 08-7569; 08-7570; 08-7534; 08-7326;

Motion For extention of Time to Pay Filing Fee
Motion For Discovery / Motion For counsel
Motion For Reconsideration & clarification

Jonathan Lee Riches moves for extention of time to pay filing fees on each of the cases listed above. For case #'s 08-7538, 08-7539, 08-7541, I move for 30 extra days to pay filing fee. For the remaining listed cases, I move to pay in 60 days. I need Extra time. I move for discovery Evidence in all of the listed cases, Motion For Discovery.

I move for a motion for Reconsideration & clarification on all of the above cases. Plaintiff need clarification if he can pay the filing fee in each case in Euro's, can this court let me know. I move for a motion for change of venue to N.D. California in Case No 08-7326 and a change of venue to District of S.C. in all the remaining cases. Plaintiff prays for relief

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 89590
843-387-9400

9-11-08